# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM L. TAYLOR, JR.,**

      **Plaintiff,**

**v.**                                                    **Case No: 6:11-cv-1756-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

**ORDER**

This cause is before the Court on the Complaint for review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Security Income payments (Doc. No. 1) filed on November 2, 2011.

The United States Magistrate Judge has submitted a report recommending that the decision be AFFIRMED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 10, 2012 (Doc. No. 21), is ADOPTED and CONFIRMED and made a part of this Order.

2. The final decision of the Commissioner of Social Security denying Supplemental Security Income payments is hereby AFFIRMED. The Clerk is directed to enter Judgment, accordingly.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on October 30, 2012.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record